1

**COMMONWEALTH of Pennsylvania ex rel. Robert J. EBY, P.J., Individually and on Behalf of the Judges of the Fifty–Second Judicial District of the Commonwealth of Pennsylvania, Lebanon County, Appellants,**

v.

**PENNSYLVANIA LABOR RELATIONS BOARD, Appellee,**

**International Brotherhood of Teamsters, Local Union No. 429, AFL–CIO, Intervenors.**

Supreme Court of Pennsylvania.

Argued Dec. 9, 1997.

Decided Jan. 7, 1998.

Timothy D. Sheffey, Lebanon, for Appellant.

James Crawford, Harrisburg, for Appellee.

Laurence Goodman, Ralph J. Teti, Philadelphia, for Intervenors.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

*ORDER*

PER CURIAM:

Order affirmed.